**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| **DAWN SCHNEIDER-WUENOCH,** | ) | **CASE NO. 1:10CV2774** |
| **Plaintiff,** | ) | |
| v. | ) | **MAGISTRATE JUDGE GREG WHITE** |
| **COMMISSIONER OF SOCIAL SECURITY,** | ) ) ) | |
| **Defendant.** | ) | **JUDGMENT ENTRY** |

Consistent with a Memorandum Opinion and Order of this Court also filed this date, the Commissioner's final decision is affirmed.

IT IS SO ORDERED.

                                                                                 s/ Greg White
                                                                                 United States Magistrate Judge

Date: December 19, 2011